**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROGER MADDEN AND JAMES ALEXANDER,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**CORINTHIAN COLLEGES, INC., CORINTHIAN SCHOOLS, INC., DBA OLYMPIA COLLEGE AND JACK D. MASSIMINO,**<br><br>        Defendants. | No.  1:08-cv-06623<br><br>Judge Gary Feinerman |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Roger Madden and

James Alexander hereby dismiss their lawsuit in its entirety, with prejudice.  Defendants hereby

stipulate to said dismissal.  It is agreed each party will bear their own fees and costs.

Consented to,

By: *s/Hubert Thompson*
    Hubert Thompson

Hubert Thompson
Brothers & Thompson, P.C.
Two Prudential Plaza
180 N. Stetson Street, Suite 4425
Chicago, IL 60601
Tel: 312.372.2909
Fax: 312.297.1020

*Attorneys for Plaintiffs*

Dated: February 9, 2013

Consented to,

By: *s/Angela I. Rochester*
    Angela I. Rochester

Charlotte K. Main (#484223)
LITTLER MENDELSON
A Professional Corporation
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA  30326.4803
Tel: 404.233.0330

Angela I. Rochester (6295396)
LITTLER MENDELSON
A Professional Corporation
321 N. Clark Street, Suite 1000

Chicago, IL  60654
Tel: 312.372.5520
Fax: 312.372.7880

Jonathan A. Beckerman
LITTLER MENDELSON
A Professional Corporation
2 South Biscayne Boulevard, Suite 1500
Miami, FL 33131-1804
Tel: 305.400.7500
Fax: 305.603.2552

*Attorneys for Defendants*

Dated: February 9, 2013

Respectfully submitted,

/s/ *Angela I. Rochester*