**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Roger Madden, et al.
                                 Plaintiff,

v.                                                       Case No.: 1:08−cv−06623
                                                               Honorable Gary Feinerman

Corinthian Colleges, Inc., et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 11, 2013:

      MINUTE entry before Honorable Gary Feinerman:For the reasons stated on the record, the court approves the settlement of Plaintiffs' FLSA claims. Defendants' motion for fees and costs [157] is denied as moot. The jury trial set for today [115] is stricken. Civil case closed.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.